date of this decision. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

THEODORE ALIBRANDI and LUCCIANO MINUTILLO, Copartners, etc., Respondents, v. VICTOR SEABERG, Appellant.— Motion to compel acceptance of notice of appeal denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

THEODORE ALIBRANDI and LUCCIANO MINUTILLO, Copartners, etc., Respondents, v. VICTOR SEABERG, Appellant.— In light of the decision on motion in *Alibrandi* v. *Seaberg* (*ante*, p. 711), decided herewith, the motion to extend time to perfect appeal and to stay delivery of deed is dismissed. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

EVERETT BENNETT, as Administrator, etc., of EVERETT BENNETT, JR., Deceased, Appellant, v. ORVILLE E. PEASE and ELIZABETH PEASE, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that, within five days from the service of a copy of the order herein, appellant stipulate that the amended answer to the amended complaint, or a copy thereof, may be considered as a part of the case on appeal; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

EMILE BENOIST & CO., INC., and JACOB K. REIKER, Appellants, v. JOHN L. SPENCE, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

MICHAEL BERNSTEIN, Respondent, v. SILVERTOWN CONSTRUCTION COMPANY, INC., Appellant. (Franklin Avenue.) — Motion to vacate order dismissing appeal and to enlarge time denied and stay vacated. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

MICHAEL BERNSTEIN, Respondent, v. SILVERTOWN CONSTRUCTION COMPANY, INC., Appellant. (Hayes Avenue.) — Motion to vacate order dismissing appeal and to enlarge time denied and stay vacated. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

MICHAEL BERNSTEIN, Respondent, v. SILVERTOWN CONSTRUCTION COMPANY, INC., Appellant. (Northern Boulevard.) — Motion to vacate order dismissing appeal and to enlarge time denied and stay vacated. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

MICHAEL BERNSTEIN, Respondent, v. SILVERTOWN CONSTRUCTION COMPANY, INC., Appellant. (Percy and State Streets.) — Motion to vacate order dismissing appeal and to enlarge time denied, and stay vacated. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

SELIG BERNSTEIN, Respondent, v. BAFNEY ZINICK, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

HARRIS COHEN, Respondent, v. NELSON FLOYD & CO., INC., and Others, Appellants.— Motion to extend time to perfect and argue appeal granted, and time extended until twenty days after the entry of a judgment at Special Term upon the report of the referee to compute. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.